FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

07-29189

In re **Rickey Jermain Mason**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Rickey Jermain Mason** | S.S.# **xxx-xx-3027** |
| | (W) | S.S.# |
| ADDRESS: | **6870 Club Lane # 224** | |
| | **Memphis, TN 38115** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **135.00**   weekly | |
| PAYROLL DEDUCTION: | Yes    OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: After Notice | |
| PLACE OF EMPLOYMENT: | **Carrier Corp** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **Internal Revenue Service** | $ **1.00** |
| | **Tenn Dept of Labor & Workforce Dev** | $ **10.00** |
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | |
| **-NONE-** | Ongoing pmt. Begin **N/A** | $ **N/A** |
| | Approx. arrearage **N/A**    Interest **N/A** % | $ **N/A** |

| SECURED CREDITORS; | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT. |
| **Drive Financial Services** | $ **22,000.00** | **9.50** % | $ **440.00** |

UNSECURED CREDITORS:    Pay **tbd** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$6,792.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately 60 months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Earnest E. Fiveash**  
**1433 Poplar Avenue**  
**Memphis, TN 38104**  
**(901) 276-3334 Fax:(901) 276-4715**