# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

In re:  Rickey Jermain Mason,                                Case Number 07-29189 JDL
Debtor.                                                       Chapter 13

---

## MOTION TO ASSUME OR REJECT LEASE AS TO AARON'S
---

Comes now, **AARON'S SALES AND LEASE** (hereafter AARON'S), and in support of its motion to Assume or Reject Lease would state unto the Court as follows:

The debtor signed a lease on December 12, 2006 for a 32 inch HDTV. The debtor has not made a payment on this account since June 8, 2007. The debtor's approximate arrearage is $823.80 including a reasonable attorney fee. AARON'S is not adequately protected.

**WHEREFORE, PREMISES CONSIDERED**, AARON'S requests that the debtor either assume the lease and continue to make monthly payments directly to AARON'S in the amount of $108.14 and that AARON'S be allowed a secured claim for the arrearage amount, or reject the leases and allow AARON'S to recover its merchandise.

Respectfully submitted,

/s/ PAUL N. ROYAL  18207
CRISLIP, PHILIP & ASSOCIATES
ATTORNEY FOR CREDITOR
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion to Assume or Reject Lease has been served upon the following parties in interest by first class U.S. Mail or electronically on the 16th day of November, 2007.

DEBTOR
DEBTOR'S ATTORNEY
TRUSTEE

Aaron's Sales
3093 S. Perkins
Memphis, TN. 38118

                                                /s/ Paul N. Royal